O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAIVASE TUIMALEALIIFANO; LEMUSU TUIMALEALIIFANO, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST MAGNUS FINANCIAL GROUP; COMMUNITY BANK OF NEVADA; AURORA LOAN SERVICES; DOES 1 through 50, <br><br> Defendants. | Case No. CV 11-06106 DDP (MRWx) <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> [Docket No. 18] |

Presently before the court is Defendant Aurora Loan Services LLC's Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion"). Because Plaintiffs have not filed an opposition, the court GRANTS the Motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."

1    The hearing on Defendant's Motion was set for February 27,
2 2012.  Plaintiffs' opposition was therefore due by February 6,
3 2012.  As of the date of this Order, Plaintiffs have not filed an
4 opposition, or any other filing that could be construed as a
5 request for a continuance.  Accordingly, the court deems
6 Plaintiffs' failure to oppose as consent to granting the Motion to
7 Dismiss, and GRANTS the Motion.  Plaintiffs' First Amended
8 Complaint is dismissed.

10   IT IS SO ORDERED.

13   Dated: March 14, 2012
                                    _____
14                                  DEAN D. PREGERSON
                                    United States District Judge